■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESSIE GRANT, Appellant. [787 NYS2d 878]—Judgment, Supreme Court, Bronx County (Margaret L. Clancy, J., at plea; Nicholas Iacovetta, J., at sentence), rendered December 17, 2003, convicting defendant of assault in the second degree and sentencing her, as a second felony offender, to a term of three years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

As the People commendably concede, since the crime was committed before the effective date of the legislation (Penal Law § 60.35 [1] [e]) providing for the imposition of a DNA databank fee, that fee should not have been imposed (*see People v Reeves,* 6 AD3d 231 [2004]). Concur—Buckley, P.J., Mazzarelli, Sullivan, Williams and Gonzalez, JJ.